IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

(AUSTIN DIVISION)

FILED
JUL 6 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| WILLIAM TODRYK | ) | |
|    Plaintiff | ) | |
| | ) | |
| vs. | ) | 1:21-cv-00842-LY |
| | ) | |
| RANDOLPH-BROOKS FEDERAL CREDIT UNION | ) | |
|    Defendant | ) | |
| | ) | |

## ORDER OF DISMISSAL

The Joint Motion for Dismissal filed by the parties is granted.

IT IS HEREBY ORDERED that all claims and/or causes of action and/or remedies and/or requests for relief asserted in this case by Plaintiff William Todryk against Defendant Randolph-Brooks Federal Credit Union are dismissed with prejudice to the re-filing of same.

SIGNED: July 6, 2022

_____
JUDGE PRESIDING