IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
JUL 6 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| WILLIAM TODRYK, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:21-CV-842-LY |
| RANDOLPH-BROOKS FEDERAL | § | |
| CREDIT UNION, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

On this date, the court rendered an order dismissing Plaintiff William Todryk's claims against Defendant Randolph-Brooks Federal Credit Union with prejudice. Accordingly, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this _____ day of July, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE